IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> ATM AGGREGATE LOGISTICS, INC. an Illinois corporation <br><br> Defendant. | Case No.: <br><br> Judge <br><br> Magistrate Judge |

## COMPLAINT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorneys, John J. Toomey, of Arnold and Kadjan, complain against Defendant, ATM AGGREGATE LOGISTICS, INC., an Illinois corporation, as follows:

### COUNT I

### JURISDICTION AND VENUE

1. (a) Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

(b) Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Funds as described in Paragraph 2, are administered and 29 U.S.C. Section 185(c).

## PARTIES

2. (a) Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

(b) The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to collective bargaining agreements previously entered into between the International Brotherhood of Teamsters and its affiliated Local 673 ("the Union") and Employers;

(c) The Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds which are incorporated by reference into the collective bargaining agreement.

3. (a) ATM AGGREGATE LOGISTICS, INC., an Illinois corporation, employs employees represented by the Union and is bound to make welfare and pension contributions for hours or weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by employees.

(b) ATM AGGREGATE LOGISTICS, INC., is an Illinois corporation, with its principal place of business at Elburn, Illinois.

(c) ATM AGGREGATE LOGISTICS, INC., an Illinois corporation, is an employer engaged in an industry affecting commerce.

4. Effective February 22, 2018, ATM AGGREGATE LOGISTICS, INC., an Illinois corporation, entered into an Area Wide Material Hauling Agreement with Teamsters 673 for the period through May 31, 2019 and thereafter which requires contributions to the Funds pursuant to 29 U.S.C. 1145 (Exhibit A).

5. Pursuant to Article 10.1(F) <u>Health and Welfare</u> and Article 11.1(F) <u>Pension</u> provides:

> "The obligation to make contributions continue during periods when the collective bargaining agreement is being negotiated except during a strike."

There was no strike. Parties continued to negotiate through October, 2019 and neither side has declared impasse.

6. Pursuant to the collective bargaining agreement between ATM AGGREGATE LOGISTICS, INC., an Illinois corporation and the Union, ATM AGGREGATE LOGISTICS, INC., an Illinois corporation, has failed and continues to fail to make its obligated contributions to the Fund for the period October, 2018 through September, 2019, as disclosed in a audit review which took place on October 31, 2019.

7. The audit disclosed $23,106.00 due the Welfare Fund and $79,260.04 due the Pension Fund for a total of $102,366.04 inclusive of liquidated damages and interest.

WHEREFORE, Plaintiffs pray:

A. This court enter judgment in favor of the Plaintiffs and against ATM AGGREGATE LOGISTICS, INC., an Illinois corporation in the amount of the audit, $102,366.04.

B. That this court award the plaintiffs their attorneys' fees, costs, interest, and liquidated damages pursuant to 29 U.S.C. 1132(g)(2) and the relevant collective bargaining agreements and trust agreements.

  C.  That the Court grant such further relief as is proper.

              TRUSTEES OF THE SUBURBAN TEAMSTERS
              OF NORTHERN ILLINOIS WELFARE AND
              PENSION FUNDS

           By: _____ 11/5/19
              One of Its Attorneys

John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive
Suite 600
Chicago, Illinois 60601
(312) 236-0415

# EXHIBIT A

# AREA WIDE MATERIAL HAULING AGREEMENT

BETWEEN

## THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS

## LOCAL UNION #673

AND

## ATM AGGREGATE LOGISTICS, INC.

<u>EFFECTIVE:</u>
**06/01/2015** THROUGH **05/31/2019**

ORIGINAL



THE TERMS AND CONDITIONS OF SAID TRAINING FUND.

## ARTICLE 39
## DURATION AND TERMINATION

39.1 THIS AGREEMENT SHALL BECOME EFFECTIVE ON ~~JUNE 1, 2015~~ *February 22nd 2018* AND SHALL REMAIN IN FULL FORCE AND EFFECT UNTIL AND INCLUDING MAY 31, 2019. AFTER MAY 31, 2019, THIS AGREEMENT SHALL BE RENEWED AUTOMATICALLY FOR PERIODS OF ONE (1) YEAR UNLESS EITHER THE EMPLOYER OR THE UNION GIVES WRITTEN NOTICE TO THE OTHER OF A DESIRE TO MODIFY, AMEND OR TERMINATE SAME AT LEAST SIXTY (60) DAYS PRIOR TO THE EXPIRATION OF ANY SUCH PERIOD.

THE COMPANY AND THE UNION AGREE TO MEET FOR NEGOTIATIONS OF DRUG LANGUAGE, TO BE ATTACHED TO THIS AGREEMENT.

IN WITNESS WHEREOF THE PARTIES HAVE HEREUNTO SET THEIR HANDS THIS 22nd DAY OF February, 2018.

FOR THE EMPLOYER:

_[signature]_
SIGNATURE
President
TITLE
208 Paul St.
ADDRESS
Elburn, IL 60119

630.444.2135
PHONE #

FOR THE UNION:

_[signature]_
TIMOTHY L. CUSTER
SECRETARY-TREASURER &
PRINCIPAL OFFICER
TEAMSTERS LOCAL 673
1050 W. ROOSEVELT RD.
WEST CHICAGO, IL 60185
630) 231-6660